Form ntchrgcnfbk

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Suite 300B
660 North Central Expressway
Plano, TX 75074

| | |
|---|---|
| In Re: Gwendelyn Buffington, Debtor | Bankruptcy Proceeding No.: 24–42227<br>Chapter: 13<br>Judge: Brenda T. Rhoades |

PLEASE TAKE NOTICE that a confirmation hearing will be held at

Telephonic hearing to be held:

on 2/19/25 at 09:30 AM

to consider and act upon the following:

AMENDED CHAPTER 13 PLAN.

ANY OBJECTION TO CONFIRMATION MUST BE FILED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE CONFIRMATION HEARING

Dated: 1/10/25

                                              Jason K. McDonald
                                              Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.